**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES ELMORE SPENCER,** | : | |
| **Petitioner,** | : | |
| **vs.** | : | **CIVIL ACTION 07-00455-KD-B** |
| **CHERYL PRICE,** *et al.,* | : | |
| **Respondents.** | : | |
| | : | |

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice as time-barred.

DONE this <u>18</u>th day of June **2008**.

<u>/s/ Kristi K. DuBose</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**