```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

JAMES ELMORE SPENCER,          :

    Petitioner,            :

vs.                            :   CIVIL ACTION 07-00455-KD-B

CHERYL PRICE, *et al.*,        :

    Respondents.           :

                                            :

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this petition be and is hereby **DISMISSED** with prejudice.

DONE this 18th day of June **2008**.

                            /s/ Kristi K. DuBose
                            **KRISTI K. DuBOSE**
                            **UNITED STATES DISTRICT JUDGE**